IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HENRY BOYLE,<br><br>Plaintiff<br>v.<br><br>GEORGIA-PACIFIC CORPORATION, et al.,<br><br>Defendants. | C.A. No. 97-208T |

**ENTRY OF APPEARANCE**

John B. Manning, Brian D. Gross, and Cooley Manion Jones LLP, 21 Custom House Street, Boston, Massachusetts 02110 and One Center Place, Providence, Rhode Island 02903-1614 hereby enter their appearance as counsel for defendant Georgia-Pacific Corporation, in connection with the above-captioned matter pending in the Providence County Superior Court.

John B. Manning, Rhode Island Bar No. 6899
Brian D. Gross, Rhode Island Bar No. 6891
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
Tel: (617) 737-3100
Fax: (617) 737-0374
and
One Center Place
Providence, RI 02903-1614
Tel: (401) 273-0800
Fax: (401) 273-0801

Dated: May 17, 2006

**CERTIFICATE OF SERVICE**

I, Brian D. Gross, attorney for the defendant, Georgia-Pacific Corporation, in the above-captioned action, hereby certify that I served a copy of the foregoing on John Deaton, Esq., Early, Ludwick & Sweeney, L.L.C., One Century Tower, 11th Floor, 265 Church Street, P.O. Box 1866, New Haven, Connecticut 06508-1866, and notice to all defense counsel of record on this 17 day of May, 2006.

Brian D. Gross

158849v1